UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00256-JVS-JDE(x) | Date | June 30, 2026 |
| Title | State Farm Life Insurance Company v. Amada Rayo, et al. | | |

Present: The Honorable    John D. Early, United States Magistrate Judge

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff: | Other Parties Present: |
| Geoffrey T. Tong | Amada Rayo; Julia Navarro |

**Proceedings:**          Settlement Conference

On June 30, 2026, Ms. Navarro and Ms. Rayo, each with the assistance of an interpreter, as well as counsel and a representative of State Farm appeared by Zoom for a settlement conference before Magistrate Judge Early. After nearly two hours of discussions, the case did not settlement. The parties were advised to comply with any post-settlement conference reporting requirements of Judge Selna.

Initials of Clerk:          ARO

Time in court:          01     : 50

CV-90 (10/08)                    CIVIL MINUTES - GENERAL