JULIA NAVARRO (Full Name)

2449 MOHAWK ST. APT. 2 (Email Address)

PASADENA CA 91107 (Address Line 1)

_____ (Address Line 2)

(626) 319-0247 (Phone Number)

DEFENDANT in Pro Per
(indicate Plaintiff or Defendant)

FILED

2026 JUL -2 PM 1:34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STATE FARM LIFE INSURANCE
COMPANY

Plaintiff(s),

vs.

AMADA MATIAS RAYO ET AL.,

_____

_____

_____ ,

Defendant(s).

Case No.: 8:23-cv-00256-JVS-JDE

STATUS REPORT RE: SETTLEMENT CONFERENCE JUNE 30, 2026

(title of pleading)

///

///

///

///

Form prepared by Public Counsel.
© 2012, 2014, 2023 Public Counsel.
All rights reserved.
Revised: October 2023

1
(page number)

_____
(title of pleading)

SETTLEMENT CONFERENCE SUMMARY

CASE No. 8:23-CV-00256-JVS-JDE.

SETTLEMENT CONFERENCE

JUNIO 30, 2026

-SETTLEMENT CONFERENCE HELD BEFORE MAGISTRATE JUDGE JOHN D. EARLY by ZOOM.

- CONFERENCE LASTED APPROXIMATELY TWO HOURS.

- ALL PARTIES PARTICIPATED.

- JUDGE EARLY MET JOINTLY WITH THE PARTIES AND THEN SEPARATELY IN PRIVATE BREAKOUT ROOMS.

- I EXPLAINED THAT I CURRENTLY HAVE AN ATTORNEY FEE ARBITRACION PENDING.

- JUDGE EARLY STATED THAT THE FEE ARBITRATION IS A SEPARATE MATTER AND THAT HE COULD NOT DECIDE IT.

- JUDGE EARLY ASKED ME THE AMOUNT OF THE ATTORNEY LIEN. I ANSWERED APPROXIMATELY $87,933.00.

- No SETTLEMENT PROPOSAL WAS MADE by STATE FARM.

- No SETTLEMENT PROPOSAL WAS MADE by AMADA MATIAS RAYO.

- No SETTLEMENT AGREEMENT WAS REACHED.

- JUDGE EARLY STATED THAT HE WOULD REPORT THE OUTCOME OF THE SETTLEMENT CONFERENCE TO JUDGE SELNA.

DEFENDANT JULIA NAVARRO RESPECTFULLY SUBMITS THIS STATUS REPORT PURSUANT TO THE COURT'S JUNE 1, 2026 MINUTE ORDER.

THE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE JOHN D. EARLY WAS HELD ON JUNE 30, 2026.

ALL PARTIES APPEARED AND PARTICIPATED IN THE SETTLEMENT

2

Page Number

CONFERENCE.

DESPITE GOOD-FAITH PARTICIPATION by THE PARTIES, THE MATTER DID NOT SETTLE.

DEFENDANT JULIA NAVARRO REMAINS SELF-REPRESENTED.

RESPECTFULLY SUBMITTED,

JULIA NAVARRO          *Julia Navarro*

DEFENDANT, PRO SE

07, 02, 2026

3

*Page Number*